## WAGNER v. EINHORN.

(Supreme Court, Appellate Term. May 19, 1904.)

1. TRIAL—DIRECTING VERDICT.

Though the evidence would have justified setting aside a verdict for plaintiff, had one been rendered, as being against the weight of evidence, there being some contradictory evidence, it was error to direct a verdict for defendant.

¶ 1. See Trial, vol. 46, Cent. Dig. § 383.

Appeal from City Court of New York, Trial Term.

Action by Otto Wagner against Hattie Einhorn   From a judgment directed for defendant, plaintiff appeals.   Reversed.

Argued before FREEDMAN, P. J., and TRUAX and SCOTT, JJ.

Epstein Bros., for appellant.

Engel, Engel & Oppenheimer, for respondent.

SCOTT, J.   If the cause had been submitted to the jury and a verdict rendered for the plaintiff, the court would have been justified in setting it aside as against the evidence.   There was, however, some contradictory evidence in the case, and the direction of a verdict was consequently improper.   McDonald v. Met. St. Ry. Co., 167 N. Y. 66, 60 N. E. 282.

Judgment and order reversed, and a new trial granted, with costs to appellant to abide the event.   All concur.